[No. 19681.  Department Two.  August 24, 1926.]

THE STATE OF WASHINGTON, *Appellant*, v. MARYLAND CASUALTY COMPANY, *Respondent.*[1]

Appeal from a judgment of the superior court for King county, Douglas, J., entered October 13, 1925, upon findings in favor of the defendant in an action on an indemnity bond, tried to the court. Affirmed.

*The Attorney General* and *B. B. Adams, Assistant,* for appellant.
*Roberts & Skeel,* for respondent.

PER CURIAM.—This is a companion case to that of the *State of Washington v. Hartford Accident & Indemnity Company, ante,* p. 278, 248 Pac. 432, just decided, and upon the authority of that case the judgment in this case will be affirmed.